UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TIANHAI LACE USA, INC.,

              Plaintiff,

  -against-

LORD & TAYLOR LLC, et al.,

              Defendants.
-------------------------------------------------------x

Civil Action No. 19 Civ. 4808 (NB)

**RULE 7.1 STATEMENT BY
KELLWOOD COMPANY, LLC**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification, the undersigned counsel for Kellwood Company, LLC (a private non-governmental party) certifies:

    Sino Acquisition, LLC is the parent company of Kellwood Company, LLC.

Dated: New York, New York
        October 2, 2019

                              Respectfully submitted,
                              SILLS CUMMIS & GROSS P.C.
                              Attorneys for Defendants Lord & Taylor
                              LLC and Kellwood Company, LLC


                        By:   s/ Kenneth R. Schachter
                              Kenneth R. Schachter
kschachter@sillscummis.com
Kate Lieb, Esq.
klieb@sillscummis.com
101 Park Avenue
New York, New York 10178
(212) 643-7000