UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TIANHAI LACE USA, INC.,

               **Plaintiff,**

  -against-

LORD & TAYLOR LLC, et al.,

               **Defendants.**
-------------------------------------------------------x

Civil Action No. 19 Civ. 4808 (NB)

**RULE 7.1 STATEMENT BY LORD & TAYLOR, LLC**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification, the undersigned counsel for Lord & Taylor LLC (a private non-governmental party) certifies:

    Hudson Bay Company is the parent of Lord & Taylor LLC.

Dated: New York, New York
       October 2, 2019

                         Respectfully submitted,
                         SILLS CUMMIS & GROSS P.C.
                         Attorneys for Defendants Lord & Taylor
                         LLC and Kellwood Company, LLC


                         By:   <u>s/ Kenneth R. Schachter</u>
                               Kenneth R. Schachter
                       kschachter@sillscummis.com
                       Kate Lieb, Esq.
                       klieb@sillscummis.com
                       101 Park Avenue
                       New York, New York 10178
                       (212) 643-7000