```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tianhai Lace USA, Inc.,

                        Plaintiff,

-against-

Lord and Taylor, LLC, et al.,

                        Defendant.

1:19-cv-04808 (NRB)

ORDER ADJOURNING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

        The settlement conference previously scheduled for May 26, 2020 (*see* ECF NO. 33) is hereby adjourned to take place before Magistrate Judge Stewart Aaron on Wednesday, July 8, 2020 at 2:00 p.m. Due to recent public health concerns, the settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video. Each party's clients or client representatives shall participate in the conference.

        The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
              May 21, 2020

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge